■ ELEANOR HEISLER, Respondent, v SAMARITAN KEEP HOME, INC., Appellant, et al., Defendant. [4 NYS3d 564]—Appeal from an order of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered January 13, 2014. The order denied the motion of defendant Samaritan Keep Home, Inc. for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.